AO 442 (Rev. 11/11) Arrest Warrant

FID: 11025210

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
| v. | ) |
| BRIAN WICKS | ) Case No. 1:19 CR 724 |
| | ) |
| | ) JUDGE GAUGHAN |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) BRIAN WICKS,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21:846-Conspiracy to distribution controlled substances
21: 841(a)(1), (b)(1)(A), (b)(1)(B) and (b)(1)(C)- possession with intent to distribute and distribution

Date: 11/19/2019

_Issuing officer's signature_

City and state: Cleveland, Ohio

SANDY OPACICH, CLERK
_Printed name and title_

---

**Return**

This warrant was received on (date) 11/20/2019, and the person was arrested on (date) 11/22/19
at (city and state) _____.

Date: 11/25/19

_Arresting officer's signature_ for DEA

L. Conyers / USMS
_Printed name and title_